UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PRENTIS ALEXANDER,<br><br>    Plaintiff,<br><br>    v.<br><br>CREDITORS SPECIALTY SERVICE, INC.,<br><br>    Defendant. | Case No. 16-cv-00461-JCS<br><br>**ORDER REGARDING SUFFICIENCY OF COMPLAINT AND SERVICE OF PROCESS PURSUANT TO 28 U.S.C. § 1915** |

The Court previously granted Plaintiff Prentis Alexander's application to proceed in forma pauperis. The complaint having been found to comply with 28 U.S.C. § 1915, IT IS ORDERED that the Clerk issue summons, and IT IS FURTHER ORDERED that the U.S. Marshal for the Northern District of California serve, without prepayment of fees, a copy of the complaint, any amendments, scheduling orders, attachments, plaintiff's affidavit and this order upon the defendant.

The case management conference set for April 29, 2016 is hereby CONTINUED to July 8, 2016 at 2:00 PM.

**IT IS SO ORDERED.**

Dated: April 26, 2016

JOSEPH C. SPERO
Chief Magistrate Judge